Courtland L. Reichman (SBN 268873)
Shawna Ballard (SBN 155188)
MCKOOL SMITH HENNIGAN P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Tel: (650) 394-1400
Fax: (650) 394-1422
creichman@mckoolsmith.com
sballard@mckoolsmith.com

Sam Baxter, *Admitted Pro Hac Vice*
MCKOOL SMITH P.C.
104 East Houston Street, Suite 300 P.O. Box O
Marshall, TX 75670
Tel: (903) 923-9000
Fax: (903) 923-9099
sbaxter@mckoolsmith.com

*Attorneys for Defendant Jim Payne*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELVIN HUDNALL, ,<br><br>Plaintiff,<br><br>v.<br><br>JIM PAYNE, *et al.*,<br><br>Defendants. | Case No. 3:13-cv-04728-WHO<br><br>Honorable William H. Orrick<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FROM THE CASE MANAGEMENT SCHEDULE AND ADR SCHEDULE AND FOR ADMINISTRATIVE RELIEF RELATING TO PLAINTIFF'S SERVICE OF MOTION TO DISMISS OPPOSITION PAPERS**<br><br>Trial Date:   N/A<br>Action Filed:   October 10, 2013<br><br>[Motion to Administrative Declaration of Shawna L. Ballard Filed Herewith] |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

The Court, having considered the Jim Payne's Motion for an Order for Administrative Relief filed on December 20, 2013 (the "Motion"), this Court finds that good cause exists for granting the Motion.

The Court hereby **ORDERS** as follows:

(1) The Motion is **GRANTED**;

(2) The Case Management Conference currently set for January 29, 2014 [Dkt. No. 47] is hereby **VACATED and rescheduled for February 18, 2014 at 2:00 p.m.;**

(3) Deadlines under this Court's Case Management Conference Order dated November 19, 2013 [Dkt. No. 30] are hereby **VACATED pending the continued Case Management Conference**;

(4) All deadlines associated with the Case Management schedule or process, including, without limitation, deadlines pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure and Civil Local Rules 16-1 through 16-10 are hereby **VACATED;**

(5) All deadlines associated with the Alternative Dispute Resolution Process ("ADR"), including any deadlines pursuant to the ADR Local Rules, are hereby **VACATED**; and

(6) Plaintiff shall file any Motion to Dismiss Opposition papers due on January 3, 2014 [Dkt. No. 46] via ECF or serve his papers upon the parties via e-mail and/or personal delivery on January 3, 2014.

**IT IS SO ORDERED.**

Dated: December 24, 2013  _____
Hon. William. H. Orrick
UNITED STATES DISTRICT JUDGE