IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MELVIN HUDNALL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14cv133 |
| | § | |
| JIM PAYNE, *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDADTION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case, has been presented for consideration. The Report and Recommendation (docket no. 152) recommends that Defendants' Motion to Dismiss (docket no. 126) be granted and that the Intervenors' Motion to Withdraw Motions to Intervene (docket no. 130) be denied. No written objections have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted. It is therefore

**ORDERED** that the Motion to Dismiss (docket no. 126) is **GRANTED**. The complaint is **DISMISSED WITH PREJUDICE**. The dismissal is without prejudice to the re-filing of Plaintiff's claims in an appropriate state court within sixty days of entry of this Order. It is further

**ORDERED** that Intervenors' Motion to Withdraw Motions to Intervene (docket no. 130) is **DENIED**.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 12th day of January, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE